# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| TERRANCE OLYSUSISS STEWART,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 77306 ✓ |
| TERRANCE OLYSUSISS STEWART,<br>Appellant,<br>vs.<br>WARDEN HOWELL,<br>Respondent. | No. 77307 |

FILED

DEC 10 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from purported district court orders denying postconviction petitions for writs of habeas corpus. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Appellant has filed motions for voluntary dismissal of these appeals. Cause appearing, we grant the motions. NRAP 42(b). Accordingly, we

ORDER these appeals DISMISSED.

_____, J.
Pickering

_____J.
Gibbons

_____, J.
Hardesty

18-907630

cc: Hon. Douglas W. Herndon, District Judge
Terrance Olysusiss Stewart
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk